UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERMAN RICHARD HILDEBRANT,<br>    Petitioner, | § § § | |
| v. | § | 3:13-CV-1258-B |
| RICK THALER, DIRECTOR,<br>TEXAS DEPT. OF CRIMINAL JUSTICE,<br>CORRECTIONAL INSTITUTIONS DIVISION | § § § § § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED that this petition is hereby TRANSFERRED to the Fort Worth Division of the United States District Court, Northern District of Texas.

Signed this 30th day of April, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE